## STATE OF CONNECTICUT *v.* DOUGLAS REID

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 383 (AC 29933), is denied.

*Elizabeth M. Inkster*, senior assistant public defender, and *Peter G. Billings*, deputy assistant public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided October 7, 2010

## MASHAWN GREENE *v.* COMMISSIONER OF CORRECTION

The petitioner Mashawn Greene's petition for certification for appeal from the Appellate Court, 123 Conn. App. 121 (AC 30661), is denied.

*Laurie A. Sullivan*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided October 7, 2010

## WILLIAM BIASETTI *v.* CITY OF STAMFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 123 Conn. App. 372 (AC 30867), is denied.

*Victoria de Toledo* and *Stewart M. Casper*, in support of the petition.

*James D. Moran, Jr.*, and *Maribeth M. McGloin*, in opposition.

Decided October 7, 2010